IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:15CR192-1 |
| v. | : | |
| KEVIN ALLEN CAMPBELL | : | FACTUAL BASIS |

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

On January 16, 2015, Department of Homeland Security Special Agent Bryan Burnett and detectives from the Davidson County Sheriff's Office (DCSO) and Thomasville Police Department (TPD) executed a federal search warrant at the Lexington, NC, residence of KEVIN ALLEN CAMPBELL. During the operation, SA Burnett conducted interviews with both Kevin CAMPBELL and Sandra Campbell. Meanwhile, TFO Amos conducted a limited forensic analysis of computers discovered during the search warrant operation. Other detectives from DCSO and TPD assisted in searching for evidence within the residence. CAMPBELL was advised of his *Miranda* rights and agreed to waive them and speak with the officers. Ultimately, CAMPBELL admitted downloading child pornography from the Internet, by using peer-to-peer (P2P) file sharing programs. CAMPBELL admitted to accessing child

pornography during the past 14 or 15 years. CAMPBELL stated that he deleted files using a file shredding program which overwrites data onto the unallocated disk space, making it difficult if not impossible to recover deleted files from the hard drive. CAMPBELL stated that on the previous evening (January 15, 2015) he had deleted all of the child pornography on his laptop using the file shredding program. In addition to his laptop, CAMPBELL led the officers to a USB drive and several optical storage discs which CAMPBELL said also contained child pornography, as defined in 18 U.S.C. § 2256(8).

This, the 28th day of July, 2015.

Respectfully submitted,

RIPLEY RAND
United States Attorney

/s/ ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY
NCSB No. 24991
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
Phone: (336) 333-5351

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  Kathleen Gleason, Esq.

                         Respectfully submitted,

                         /s/ ANAND P. RAMASWAMY
                         ASSISTANT UNITED STATES ATTORNEY
                         NCSB No. 24991
                         United States Attorney's Office
                         Middle District of North Carolina
                         101 S. Edgeworth Street, 4th Floor
                         Greensboro, North Carolina 27401
                         Phone:  (336) 333-5351